**UNITED STATES DISTRICT COURT**
**District of Maine**

| | |
|---|---|
| **PATRICK S. COOMBS,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| **v.** | )     **No. 2:15-cv-00117-GZS** |
| | ) |
| **SCOTT LANDRY, et al.,,** | ) |
| | ) |
| **Defendants** | ) |
| | ) |

**ORDER AFFIRMING THE**
**<u>RECOMMENDED DECISION OF THE MAGISTRATE JUDGE</u>**

The United States Magistrate Judge filed with the Court on April 13, 2015, his Recommended Decision (ECF No. 5). Plaintiff filed his Objections to the Recommended Decision (ECF Nos. 9 and 10) on May 4, 2015.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1.     It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2.      It is hereby **ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED** pursuant to §1915(e)(2) and 29 U.S.C. §1915A(a).

3.      Plaintiff's Motion to  Amend Complaint (ECF No. 8) is **DENIED** as it fails to cure the defect in the initial Complaint.

/s/George Z. Singal_____
U.S. District Judge

Dated this 5th day of May, 2015.