# United States Court of Appeals
## For the First Circuit

No. 15-1776

PATRICK COOMBS,

Plaintiff, Appellant,

v.

CAPTAIN SHAWN C. WELCH, in his individual capacity; WARDEN SCOTT LANDRY, in his individual capacity; UNIT II MANAGER LUKE MONAHAN, in his individual capacity,

Defendants, Appellees.

Before

Howard, Chief Judge,
Thompson and Kayatta, Circuit Judges.

**JUDGMENT**

Entered: May 9, 2016

Plaintiff-appellant Patrick Coombs appeals from the district court's dismissal of his complaint pursuant TO 28 U.S.C. § 1915A and § 1915(e)(2), and its denial of his motion for leave to amend the complaint. While it appears that the district court correctly determined that the disciplinary sanctions Coombs identified in his original complaint failed to identify a constitutionally protected liberty or property interest, the proposed amended complaint includes a more complete list of sanctions, including a $75 fine and the loss of good-time credits. At a minimum, the $75 fine is sufficient to trigger due process protections, Reynolds v. Wagner, 128 F.3d 166, 179 (3rd Cir. 1997) (recognizing that inmates have a property interest in their prison account funds), and we do not now address the other allegations. Because the proposed amended complaint contains allegations sufficient to survive preliminary screening, we vacate the judgment and remand with instructions to the district court to permit the proposed amended complaint to be filed and to conduct such further proceedings as are appropriate.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Hon. George Z. Singal
Christa Berry, Clerk, United States District Court for the District of Maine
Patrick Coombs
Janet T. Mills