UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| PATRICK COOMBS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No.  2:15-cv-00117-GZS |
| | ) | |
| SCOTT LANDRY, ET AL., | ) | |
| | ) | |
| Defendants | ) | |

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 39) filed April 13, 2017, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 33) is **GRANTED IN PART AND DENIED IN PART** as follows:

Summary Judgment is granted to Defendant Monahan, and judgment is entered in favor of Defendant Monahan.  Plaintiff's independent due process claim based on the loss of property is dismissed.  The motion for summary judgment is otherwise denied.

Plaintiff's Motion for Summary Judgment (ECF No. 35) is hereby **DENIED**.

                          /s/ George Z. Singal
                          United States District Judge

Dated this 11th day of May, 2017.