UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PATRICK S. COOMBS, | ) |
| Plaintiff, | ) |
| v. | ) 2:15-cv-00117-JCN |
| WARDEN SCOTT LANDRY, et al., | ) |
| Defendants | ) |

**ORDER REGARDING COUNSEL**

Plaintiff is proceeding in forma pauperis. (Order, ECF No. 4.) The in forma pauperis statute provides that the Court "may request an attorney to represent any person unable to afford counsel." 28 U.S.C. § 1915(e)(1).

The matter is scheduled for jury trial in September 2017. The Court understands that Attorney Connor Beatty has agreed to represent Plaintiff on a pro bono basis. On that basis, the Court appoints Mr. Beatty to represent Plaintiff. Mr. Beatty's willingness to undertake the pro bono representation of Plaintiff is without prejudice to his ability to seek statutory attorney fees should circumstances warrant such a recovery, or to recover fees based on an agreement with Plaintiff if a resolution of the case is achieved before trial.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 22nd day of August, 2017.